

261 Madison Avenue
9th Floor, Suite 940-941
New York, NY 10016
main 929.469.2700

**November 26, 2025**

<u>***VIA Electronic Filing***</u>
Hon. David S. Jones
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

      In Re:  Robert Cosentino
      Chapter 13 Case No.:   23-22105-dsj

Dear Judge Jones:

      This letter shall serve as a written Notice that the Hearing on the Motion for Relief from the Automatic Stay, scheduled for December 3, 2025 at 10:00 a.m., has been adjourned to **January 7, 2026 at 10:00 a.m.** upon consent of all parties.

      Thank you for your attention to this matter.

      Very truly yours,

      <u>/s/ Raquel Felix</u>
      By:  Raquel Felix, Esquire
      HILL WALLACK, LLP

RF/btz
cc: Thomas C. Frost, Esq. (via CM/ECF)
Robert Cosentino (via regular mail)
H. Bruce Bronson, Jr., Esq (via CM/ECF)